IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| KASIM BROWN | : | VIOLATION: |
|  |  | 18 U.S.C. § 922(g)(1) (possession |
|  | : | of a firearm by a felon – 1 count) |
|  | : | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 9, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KASIM BROWN,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 22, .40 caliber semi-automatic pistol, serial number PRG535, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

1

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### KASIM BROWN

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including, but not limited to a Glock 22, .40 caliber semi-automatic pistol, serial number PRG535.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
DAVID METCALF
United States Attorney

No. _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**
Eastern District of Pennsylvania
Criminal Division

THE UNITED STATES OF AMERICA

vs.

KASIM BROWN

**INDICTMENT**
**Counts :**

18 U.S.C. §§ 922(g)(1) (possession of a firearm by a felon - 1 count)
Notice of Forfeiture

A true bill.

_____
Foreperson

Filed in open court this twenty-fourth day,
of September A.D. 20 25

_____
Foreperson

Bail, $ _____