IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :    CRIMINAL NO. 25-CR-00425-JHS |
| V. | : |
| | : |
| KASIM BROWN | : |
| | : |

ORDER

**AND NOW,** this _____ day of _____, 2025, the Court, being advised that the undersigned defense counsel and the defendant needs additional time to prepare, and the Court being further advised that the Government does not object to this request, concludes that the ends of justice are served by granting the Request for a Continuance of the Trial Date.

Therefore, pursuant to 18 U.S.C. § 3161(h)(7)(A)(B), it is hereby ordered that Defendant's Unopposed Motion for a Continuance of Trial is hereby **GRANTED**, and that Trial in this matter shall commence on a date to be determined by the Court.

BY THE COURT:

_____
HONORABLE JOEL H. SLOMSKY
Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL NO. 25-CR-00425-JHS |
| V. : | |
| : | |
| KASIM BROWN : | |
| : | |

### DEFENDANT KASIM BROWN'S FIRST UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

COMES NOW, Defendant Kasim Brown, by and through his attorney, Shaka M. Johnson, Esquire, and requests a continuance of the Trial date. The Government does not oppose this request. In support of the instant motion, the defendant avers as follows:

1. He is the defendant in the above-captioned case.

2. This matter is presently scheduled for a trial on December 1, 2025 at 9:30 AM before the Honorable Joel H. Slomsky.

3. Undersigned counsel is in ongoing negotiations with Assistant United States Attorney Ashley Martin. It is Undersigned counsel's belief that this matter will very likely result in a non-trial disposition following the conclusion of these negotiations.

4. Undersigned counsel is making this request in good faith and out of necessity.

5. Undersigned counsel has spoken to Assistant United States Attorney Ashley Martin, and the Government does not object to this request.

6. Mr. Kasim Brown has been notified of this request, understands and agrees that the time related to this continuance will be excluded from the speedy trial calculations.

**WHEREFORE**, for the reasons set forth above, Defendant, Kasim Brown, by and through undersigned counsel, respectfully asks this Court to grant this Motion for a Continuance of Trial.

DATED: November 11, 2025

Respectfully submitted,

/s/ Shaka M. Johnson
Shaka M. Johnson, Esquire

**Law Office of Shaka Johnson, LLC**
1333 Christian Street
Philadelphia, PA 19147
(215) 732-7900
Shaka@Shakajohnsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 25-CR-00425-JHS |
| V. | : |
| | : |
| KASIM BROWN | : |
| | : |

CERTIFICATE OF SERVICE

    I, Shaka M. Johnson, counsel for Micael Rojas-Diaz, hereby certify that on this 11th day of November 2025, I caused a true and correct copy of the instant Motion for a Continuance of Trial to be served via the Court's electronic notification system upon:

        Ashley Martin, Esquire
        Assistant United States Attorney
        United States Attorney's Office
        615 Chestnut Street
        Philadelphia, PA 19106-4476


        /s/ Shaka M. Johnson
        Shaka M. Johnson, Esquire

        **Law Office of Shaka Johnson, LLC**
        1333 Christian Street
        Philadelphia, PA 19147
        (215) 732-7900
        Shaka@Shakajohnsonlaw.com