IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. 25-CR-00425-JHS |
| V. | : | |
| | : | |
| KASIM BROWN | : | |
| | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2026, the Court, being advised that

the undersigned defense counsel and the defendant needs additional time to prepare, and

the Court being further advised that the Government does not object to this request,

concludes that the ends of justice are served by granting the Request for a Continuance of

the Trial Date.

Therefore, pursuant to 18 U.S.C. § 3161(h)(7)(A)(B), it is hereby ordered that

Defendant's Unopposed Motion for a Continuance of Trial is hereby **GRANTED**, and that

Trial in this matter shall commence on a date to be determined by the Court.

BY THE COURT:

_____
HONORABLE JOEL H. SLOMSKY
Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. 25-CR-00425-JHS |
| V. | : | |
| | : | |
| KASIM BROWN | : | |
| | : | |

## DEFENDANT KASIM BROWN'S FIRST UNOPPOSED
## MOTION FOR CONTINUANCE OF TRIAL

COMES NOW, Defendant Kasim Brown, by and through his attorney, Shaka M. Johnson, Esquire, and requests a continuance of the Trial date.  The Government does not oppose this request.  In support of the instant motion, the defendant avers as follows:

1. He is the defendant in the above-captioned case.

2. This matter is presently scheduled for a trial on February 9, 2026, at 9:30 AM before the Honorable Joel H. Slomsky.

3. Undersigned counsel is in ongoing negotiations with Assistant United States Attorney Ashley Martin.  It is Undersigned counsel's belief that this matter will very likely result in a non-trial disposition following the conclusion of these negotiations.

4. Undersigned counsel is making this request in good faith and out of necessity.

5. Undersigned counsel has spoken to Assistant United States Attorney Ashley Martin, and the Government does not object to this request.

6.  Mr. Kasim Brown has been notified of this request, understands and agrees that the time related to this continuance will be excluded from the speedy trial calculations.

**WHEREFORE**, for the reasons set forth above, Defendant, Kasim Brown, by and through undersigned counsel, respectfully asks this Court to grant this Motion for a Continuance of Trial.

DATED: January 22, 2026

Respectfully submitted,

/s/ Shaka M. Johnson
Shaka M. Johnson, Esquire

**Law Office of Shaka Johnson, LLC**
1333 Christian Street
Philadelphia, PA 19147
(215) 732-7900
Shaka@Shakajohnsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. 25-CR-00425-JHS |
| V. | : | |
| | : | |
| KASIM BROWN | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Shaka M. Johnson, counsel for Kasim Brown, hereby certify that on this 22nd day of January 2026, I caused a true and correct copy of the instant Motion for a Continuance of Trial to be served via the Court's electronic notification system upon:

Ashley Martin, Esquire
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street
Philadelphia, PA 19106-4476

/s/ Shaka M. Johnson
Shaka M. Johnson, Esquire

**Law Office of Shaka Johnson, LLC**
1333 Christian Street
Philadelphia, PA 19147
(215) 732-7900
Shaka@Shakajohnsonlaw.com

# FORM

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

KASIM BROWN

Criminal No. _2:25-cr-00425-JHS_

    I, __KASIM BROWN_____(Defendant), have consulted with my counsel concerning my right under the Speedy Trial Act and my right to a speedy trial under the Sixth Amendment to the U.S. Constitution.  I do not oppose a continuance of my trial, now scheduled for __February 9__ , 20_26_ **and the Hearing on Motions Scheduled for** _____, 20___, and agree that the ends of justice served by a continuance outweigh the best interest of the public and myself in a speedy trial.  I understand that the time between the filing of a Motion to continue and the new trial date to be set by the Court will be excluded for purposes of  computing the time within which my trial must commence under the Speedy Trial Act, and I also agree that this delay will not deprive me of my speedy trial rights under the Sixth Amendment.  I understand that if I do not wish to sign this document, the Court will hold a hearing at which I will be present.

_____
Witness Signature

_____
Defendant Signature

_____
Date __1/22/26__