IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                     v.

KASIM BROWN
USM: 12862-512

:         CRIMINAL ACTION

:

:        No. 25-425

:

## NOTICE OF TRIAL

Take notice that the defendant is scheduled for a **Change of Plea Hearing** on **Tuesday, April 7, 2026 at 10:30 am** the **Honorable Joel H. Slomsky** in **Courtroom 13-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:       Laura Buenzle Roberts (for Kelly Ann Haggerty)
           Courtroom Deputy to J. Joel H. Slomsky
           Phone: 267.299-7341

Date:     3/31/2026

cc via email:     SHAKA M. JOHNSON, Defense Counsel
              ASHLEY NICOLE MARTIN, AUSA
              U.S. Marshal
              Court Security
              Probation Office
              Pretrial Services
              Interpreter Coordinator

Crnotice (July 2021)