IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :

      v.          :          CRIMINAL NO. 25-425

Kasim Brown          :


ENTRY OF APPEARANCE


Kindly enter my appearance as co-counsel on behalf of the United States of America.

DAVID METCALF
UNITED STATES ATTORNEY


 /s/ Nicholas DiMarco
Nicholas A. DiMarco
Assistant United States Attorney